IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS KODAMA,

      Plaintiff,                     No. 2:11-cv-2081 JFM (PC)

    vs.

MAZZAUTI,

      Defendant.          ORDER

_____/

        Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission and submit the following documents to the court:
4      a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5  and
6      b. a certified copy of plaintiff's prison trust account statement for the six
7  month period immediately preceding the filing of the complaint.
8  2. The Clerk of the Court is directed to send plaintiff a new Application to
9  Proceed In Forma Pauperis By a Prisoner; and
10 3. Plaintiff's failure to comply with this order may result in the dismissal of this
11 action without prejudice.
12 DATED: August 18, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/mp014;koda2081.3c+new

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS KODAMA,

       Plaintiff,                  No. 2:11-cv-2081 JFM (PC)

   vs.

MAZZAUTI,                       NOTICE OF SUBMISSION

       Defendant.

_____/

       Plaintiff hereby submits the following document in compliance with the court's order filed _____:

       _____      Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                       _____

                                       Plaintiff